Ida Slavik et al., appellants, v. Central Trust Company of Illinois et al., appellees. Gen. No. 34,284.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed December 22, 1930.

Francis M. Lowes, for appellants; George N. Lowes and Henry N. Shabsin, of counsel. Richard E. Kropf and Fisher, Boyden, Bell, Boyd & Marshall, for appellees; Thomas L. Marshall, Richard E. Kropf and David A. Watts, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

John N. Johnson, appellee, v. M. Montelongo, appellant. Gen. No. 34,304.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed December 22, 1930.

Coburn, Kearney & Coburn, for appellant; Marshall V. Kearney, of counsel. Willard C. Lindsay, for appellee; B. M. Shaffner, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Charles J. Carlstrome and George H. Auer, trading as Carlstrome & Auer, appellees, v. Alfred B. Grunder, appellant. Gen. No. 34,440.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed December 22, 1930.

Walter A. Brendecke, for appellant. Sonnenschein, Berkson, Lautmann & Levinson, for appellees; Henry L. Kohn, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Frank Gorman, plaintiff in error. Gen. No. 34,477.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930.

Adolph Marks, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edw. E. Wilson, Grenville Beardsley and Otho S. Fasig, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.